1  **HEATHER R. ROGERS**
California State Bar No. 229519
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile:   (619) 687-2666
e-mail: heather_rogers@fd.org

6  Attorneys for Defendant Mr. Juan Manuel Ayala-Guzman

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 | UNITED STATES OF AMERICA,           )  Case No. 07mj8882
   |                                     )
12 |             Plaintiff,              )
   |                                     )
13 | v.                                  )
   |                                     )  **NOTICE OF APPEARANCE**
14 | JUAN MANUEL AYALA-GUZMAN,           )
   |                                     )
15 |             Defendant.              )
   |_____)

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 Heather R. Rogers, and Federal Defenders of San Diego, Inc., files this Notice of Appearance as lead attorney
19 in the above-captioned case.

20                                              Respectfully submitted,

21 Dated: October 30, 2007                       *s/ Heather R. Rogers*
                                                 HEATHER R. ROGERS
22                                               Federal Defenders of San Diego, Inc.
                                                 Attorneys for Defendant
23                                               heather_rogers@fd.org