1  **HEATHER R. ROGERS**
California State Bar No. 229519
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467
4  Facsimile:   (619) 687-2666
e-mail: heather_rogers@fd.org
5

6  Attorneys for Mr. Ayala-Guzman

7

8                     UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   Case No. 07mj8882
                                    )
12           Plaintiff,              )
                                    )
13 v.                                )   **PROOF OF SERVICE**
                                    )
14 **JUAN MANUEL AYALA-GUZMAN,**    )
                                    )
15           Defendant.              )
                                    )
16

17          Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of

18 her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day

19 upon:

20          **Assistant United States Attorney**
            efile.dkt.gc1@usdoj.gov
21

22 Dated: October 30, 2007                       *s/ Heather R. Rogers*
                                                 **HEATHER R. ROGERS**
23                                               Federal Defenders
                                                 225 Broadway, Suite 900
24                                               San Diego, CA 92101-5030
                                                 (619) 234-8467 (tel)
25                                               (619) 687-2666 (fax)
                                                 e-mail: heather_rogers@fd.org
26

27

28