AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

SOUTHERN **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

V.

**WAIVER OF INDICTMENT**

Juan Manuel Ayala-Guzman

CASE NUMBER: 07CR 3202-BEN

I, Juan Manuel Ayala-Guzman, the above named defendant, who is accused of 21 USC 952, 960 Importation of marijuana

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 11/27/07 _____ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
NOV 27 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

X Juan M. Ayala G.
*Defendant*

_____
*Counsel for Defendant*

Before _____
*Judicial Officer*